JS-6

1  EVAN M. KENT (SBN 158912)
   emk@msk.com
2  ALEXA L. LEWIS (SBN 235867)
   all@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100
   Attorneys for Plaintiff
6  RICKENBACKER INTERNATIONAL
   CORPORATION
7
   Julia Anne Matheson (CAB #214163)
8  julia.matheson@finnegan.com
   Naresh Kilaru (not yet admitted *pro hac vice*)
9  naresh.kilaru@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
10  GARRETT & DUNNER, L.L.P.
   901 New York Avenue NW
11 Washington DC 20001
   Telephone:  (202) 408-4000
12 Facsimile:   (202) 408-4400
   Attorneys for Defendant
13 ROBERT SINGER d/b/a/ WATERSTONE
   GUITARS and WATERSTONE
14 MUSICAL INSTRUMENTS, LLC

15             UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  RICKENBACKER INTERNATIONAL CORPORATION, a California Corporation,<br><br>20         Plaintiff,<br><br>21     v.<br><br>22  ROBERT SINGER, individually and dba WATERSTONE GUITARS, WATERSTONE MUSICAL INSTRUMENTS, LLC, and DOES 1 through 10, inclusive,<br><br>25         Defendants. | CASE NO.  LA CV11-7373 R (FMOx)<br><br>Hon. Manuel L. Real<br><br>**ORDER RE: CONSENT JUDGMENT AND STIPULATED INJUNCTION** |

26

27 ///

28 ///

Based on the Consent Judgment and Stipulated Injunction between Plaintiff Rickenbacker International Corporation ("Plaintiff") and Defendant Robert Singer individually and dba Waterstone Guitars and Waterstone Musical Instruments, LLC ("Defendant"), which was electronically filed on November 18, 2011, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

By consent of the parties, and without any admission of liability by Defendant, judgment is entered in favor of Plaintiff. Defendant is hereby enjoined from the manufacture or sale of the guitar shown in Exhibit 1 hereto. This Consent Judgment and Stipulated Injunction shall be in full and final satisfaction of all claims based on or arising out of the allegations pled by Plaintiff in this litigation against Defendant. The parties shall bear their own attorneys' fees and costs in this action. This court shall retain jurisdiction over this action for the purpose of enforcing the provisions of this Stipulated Injunction, if and as necessary.

Dated: November 28, 2011

_____
The Honorable Manual L. Real
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

